UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY LEROY DAVIS,
IN RE: TRAYVON
BENJAMIN MARTIN,
decedent, etc.,

v.  CASE No. 8:13-CV-1882-T-33TGW

CECIL SMITH, etc., *et al.*,

        Defendant.

## REPORT AND RECOMMENDATION

The plaintiff has filed an affidavit of indigency pursuant to 28 U.S.C. 1915, seeking a waiver of the filing fee for his complaint. He purportedly alleges negligence, wrongful death, and civil rights violations resulting from the death of Trayvon Benjamin Martin.

Under 28 U.S.C. 1915(a)(1), the court may authorize the filing of a civil lawsuit without prepayment of fees if the plaintiff submits an affidavit that includes a statement of all assets showing an inability to pay the filing fee and a statement of the nature of the action which shows that he is entitled to redress. Even if the plaintiff proves indigency, the case shall be dismissed if the action is frivolous or malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(i), (ii).

The plaintiff has not shown that he is entitled to redress. Thus, his complaint is based on alleged wrongdoing to another person(Doc. 1), and the

plaintiff has not stated any basis for asserting these claims on behalf of that individual. See Flast v. Cohen, 392 U.S. 83, 88 n.20 (1968)(a general standing limitation imposed by federal courts is that a litigant will ordinarily not be permitted to assert the rights of absent third parties).

In sum, even construing the plaintiff's complaint liberally, Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998), the plaintiff's complaint fails to state a claim on which relief may be granted. Accordingly, the complaint should be dismissed. §1915(e)(2)(B)(ii); Thompson v. Adamson, 2007 WL 2415185 at *1 (11th Cir. 2007)(unpub. dec.)(citing Neitzke v. Williams, 490 U.S. 319, 324-25(1989)(federal courts have discretion to dismiss pro se complaints if they lack an arguable basis in fact or in law)).

Respectfully submitted,

DATED: July 29, 2013

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).